**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**1:13-cv-162-RJC**

| | |
|---|---|
| **JEANNE O. VANHOY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | )     <u>**ORDER**</u> |
| **CAROLYN W. COLVIN,** | ) |
| **Acting Commissioner of** | ) |
| **Social Security Administration,** | ) |
| | ) |
| **Defendant.** | ) |
| _____ | ) |

       **THIS MATTER** comes before the Court on Defendant's Motion to Remand this case to the Commissioner for further action. (Doc. No. 11). Under sentence four of 42 U.S.C. § 405(g), this Court has the ". . . . power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." See <u>Melkonyan v. Sullivan</u>, 501 U.S. 89, 98 (1991).

       On remand, the ALJ should do the following: (1) provide Plaintiff with the opportunity to submit additional relevant evidence; (2) reconsider Plaintiff's residual functional capacity; (3) evaluate the State of North Carolina Department of Health and Human Services Medicaid decision, pursuant to Social Security Ruling 06-03p; (4) seek supplemental vocational expert testimony, if warranted, to determine whether there are a significant number of jobs in the national economy that Plaintiff can perform; and, (5) give Plaintiff the opportunity for a hearing and issue a new decision.

       **IT IS, THEREFORE, ORDERED**, for good cause shown, that Defendant's Motion for

Remand, (Doc. No. 11), is **GRANTED.**

Robert J. Conrad, Jr.
United States District Judge